THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOLAND RAMOS, Appellant. [8 NYS3d 562]—Appeals having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Renee White, J.), rendered on or about March 5, 2013, and an order, same court and Justice, entered March 5, 2013, said appeals having been argued by counsel for the respective parties, due delibera-

tion having been had thereon, and finding the sentences not excessive, it is unanimously ordered that the judgment and order so appealed from be and the same are hereby affirmed. Concur—Mazzarelli, J.P., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.